**O**

<mark>NO JS-6</mark>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHEILA RIOS, | ) | Case No. EDCV 11-00891 DDP (OPx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING DEFENDANT AURORA LOAN SERVICES'S MOTION TO DISMISS** |
| QUALITY LOAN CORP. AURORA LOAN SERVICES, | ) | [Motion filed on 6/15/11 ] |
| Defendants. | ) | |
| _____ | ) | |

   Presently before the court is the Motion to Dismiss Plaintiff's Complaint filed by Defendant Aurora Loan Services. Because Plaintiff has not filed an opposition, the court GRANTS the motion.

   Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. CAL. L.R. 7-12.

       The hearing on Defendant's motion was set for July 25, 2011. Plaintiff's opposition was therefore due by July 11, 2011.  As of the date of this Order, Plaintiff has not filed an opposition, or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.


Dated: August 22, 2011

　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　United States District Judge